IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

FILED
MAILROOM

JAN - 9 2026

CLERK U.S. DISTRICT COURT
ALEXAND         RGINIA

THE UNITED STATES OF AMERICA

v.

MUNEEB AKHTER a/k/a MICKEY AKHTER

and

SOHAIB AKHTER a/k/a SUHAIB AKHTER

CASE NO. 1:25-CR-307

HONORABLE JUDGE ROSSIE D. ALSTON

## MOTION TO RELEGATE COUNSEL OR WITHDRAW REPRESENTATION

The defendant, Muneeb Akhter, filing Pro-Se humbly petitions the court relegate his counsel to standby or otherwise withdraw his representation as defendant is unable to reach counsel with the limited means in custody, and unable to coordinate legal strategy or review discovery to file pretrial motions. Defendant requests his Pro-Se filing be heard.

### ARGUMENT

Defendant has yet to see the government's motion for complex case filed on December 30th, 2025 with response pending January 9th, 2026 or discuss with counsel why his name appears in their motion. Defendant heard of the motion from family and was given an abridged summary by phone. He requested several times family contact counsel and tried calling directly - between the hours of 10pm and midnight, as those are the only hours defendant is able to call - without response. Defendant had a breif 15 minute visit on December 29th, 2025 where he requested counsel communicate with his mother and brother's counsel before filing and our position maintain it be a simple case. After the government provided partial discovery in a reverse proffer, defendant was told counsel's legal aid would visit and allow him to review for pretrial motions, but that never occurred. Defendant requested counsel speak to potential witnesses to subpoena or testify at trial, yet has not heard back. Primary, the defendant is aware it was the holidays, and doesn't burden counsel, but needs Pro-Se filings heard.

### CONCLUSION

Counsel's role should be relegated to standby, until defendant is able to fully rely on him.

Respectfully Submitted,

MUNEEB AKHTER

1/7/2026, Filing Pro-Se