MAILROOM

JUN 1 2 2026

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

THE UNITED STATES OF AMERICA

v.

MUNEEB AKHTER a/k/a MICKEY AKHTER

AND

SOHAIB AKHTER a/k/a SUHAIB AKHTER

CASE NO. 1:25-CR-307

HONORABLE JUDGE ROSSIE D. ALSTON

## MOTION TO SEVER OR OTHERWISE RECONSIDER BOND

Defendant, Muneeb Akhter, filing pro-se humbly petitions the court sever trials between him and his co-defendant brother, and grant bond pursuant 18 U.S.C. 3142 before trial. The only count both brothers face is the conspiracy to delete government data, and otherwise are completely disjointed. Since one wishes to waive speedy trial where the other seeks it upheld and only faces a misdemeanor beyond the conspiracy, it would be grounds to sever. Both defendants are not a flight risk or danger to the community, have strong ties to the area, with custodians, surety and were previously gainfully employed.

### ARGUMENT

Pretrial release should be liberally granted in crimes of this nature as there is no ongoing threat to the public, the brothers are not a flight risk with their passports seized and can be placed on location monitoring, or would obstruct justice as all devices have been seized and can be placed on electronics monitoring. Both brothers have appeared to all court appointments, even bond revocation or Supervised Release violation hearings in the past.

Severance of trials for both brothers is necessary to uphold speedy trial rights of the less culpable brother and where the charges require different sets of witnesses and evidence. Severance would also allow the less culpable brother not be prejudiced with the more culpable brother with a seperate jury.

### CONCLUSION

This court should sever both brothers trials and provide them bond pending respective trials.

Respectfully Submitted,

MUNEEB AKHTER

1/9/2026, Filing Pro-Se

MAILROOM

JAN 12 2026

CLERK U.S. DISTRICT COURT
ALEXA