IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
MAILROOM
MAY -5 2026
CLERK U.S. DISTRICT COURT
ALEXANDRIA VIRGINIA

THE UNITED STATES OF AMERICA,

v.

MUNEEB AKHTER a/k/a MICKEY AKHTER

and

SOHAIB AKHTER a/k/a SUHAIB AKHTER

CASE No. 1:25-CR-307

HONORABLE JUDGE ROSSIE D. ALSTON

## MOTION TO WITHDRAW PLEA PURSUANT RULE 11(d)(2)(B)

Defendant, Muneeb Akhter, filing pro-se humbly petitions court withdraw or reject his guilty plea pursuant Fed. Rules of Criminal Procedure 11(d)(2)(B). He is timely refiling this motion after initially filing week after plea hearing because he is factually innocent of Count 10 and meets all U.S. v. Moore 931 F. 2d 245 (4th Cir 1991) factors.

### Argument

Defendant was pressured into accepting and signing plea minutes before colloquy on government imposed deadline with an altered statement of facts he had no chance to review or challenge prior. The plea was not standard and he is factually innocent of Count 10 since accessing DocuSign account does not grant anything of value nor did he obtain or intend to obtain anything of value from it. Government indicated it was prepared for trial May 5th 2026 and would not be prejudiced by a withdrawal. The court would also not be inconvenienced since Defendant filed his withdrawl notice week after plea and did not delay except to inform overworked counsel who are limited in their communication by facility overcrowding and singular attorney video visitation room. He requests court give defendant time to renegotiate plea and amend statement of facts or otherwise go to trial and hear his pretrial pro-se motions filed before deadline under prison-mailbox rule. Counsel failed to be adequate since attempting to designate case complex when defendant refused to sign speedy trial waiver.

### Conclusion

Court should set hearing and grant leave to withdraw plea so it may be negotiated properly and not rushed with an accurate Statement of Facts as it was done in his 2015 prior case under Judge Ellis.

Respectfully Submitted,

Muneeb Akhter, filing Pro-Se

Muneeb Akhter   4/30/26