IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MUNEEB AKHTER<br>a/k/a MICKEY AKHTER<br>a/k/a MUNIB AKHTER<br><br>Defendant | Case No. 1:25-cr-307 (RDA) |

**ORDER**

This matter comes before the Court on Defendant Muneeb Akhter's ("Defendant") Petition to Present Proffer Recording and Subpoena Witnesses. Dkt. 191. In particular, Defendant seeks to have his prior counsel – who are currently acting as standby counsel – appear as witnesses during the hearing on his motion to withdraw his guilty plea. *Id.* Because Defendant has challenged his plea and seeks to call his former counsel as witness, attorneys Daniel Goldman and Joni Robin are terminated as standby counsel. Furthermore, the Court finds it is appropriate to direct that Mr. Goldman and Ms. Robin appear at the hearing on the motion to withdraw his plea so that they may be called by witnesses by either party. With respect to the other issues raised in the Petition, the Court directs the Government to respond on or before October 14, 2026.

Accordingly, it is hereby ORDERED that the Petition (Dkt. 191) is GRANTED-IN-PART and TAKEN-UNDER-ADVISEMENT-IN-PART. The Court grants the Petition with respect to the request that Defendant's former counsel be available to testify at the October 28, 2026 hearing. The Petition is otherwise taken under advisement pending the Government's response; and it is

FURTHER ORDERED that Mr. Goldman's and Ms. Robin's representation as standby counsel is TERMINATED; and it is

FURTHER ORDERED that Mr. Goldman and Ms. Robin are DIRECTED to make themselves available at the October 28, 2026 hearing should they be called to testify.

IT IS SO ORDERED.

Alexandria, Virginia
October 7, 2026

/s/
Rossie D. Alston, Jr.
United States District Judge